UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-06648-ODW (PLAx) | Date | January 26, 2023 |
|---|---|---|---|
| Title | *Jorge Enrique Serrano Robles Senior et al. v. County of Los Angeles et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Plaintiffs' Notice of Settlement, (ECF No. 103), indicating that the case has settled in its entirety, the Court **DENIES AS MOOT** Plaintiffs' and Defendants' Motions in Limine, (ECF Nos. 92–101), and places this action on inactive status.

By **July 25, 2023**, the parties shall file either a dismissal that complies with Federal Rule of Civil Procedure 41 or a status report regarding settlement. Failure to timely comply with this order shall result in the dismissal of this action. All other dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

: 00

Initials of Preparer   SE